**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| KATHRYN WILLIAMS-PLATT, | Civil 09-3609 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| BUREAU OF COLLECTION RECOVERY, INC., | |
| Defendant. | |

---

Lee Cassie Yates, **KROHN & MOSS, LTD**, 120 West Madison Street, 10th Floor, Chicago, IL 60602, for plaintiff.

Matthew Doherty and Ryan Trucke, **BRUTLAG, HARTMANN & TRUCKE, PA**, 3555 Plymouth Boulevard, Suite 117, Plymouth, MN 55447, for defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated June 15, 2011 [Docket No. 31]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment [Docket No. 11] is **DENIED.**

DATED: July 5, 2011
at Minneapolis, Minnesota

                                             s/ John R. Tunheim
                                             JOHN R. TUNHEIM
                                             United States District Judge