UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

KATHRYN WILLIAMS-PLATT,

Plaintiff,

v.

BUREAU OF COLLECTION RECOVERY, INC.,

Defendant.

Civil No. 09-3609 (JRT/FLN)

**ORDER OF DISMISSAL**

---

Lee Cassie Yates, **KROHN & MOSS, LTD**, 120 West Madison Street, 10th Floor, Chicago, IL 60602, for plaintiff.

Matthew Doherty and Ryan Trucke, **BRUTLAG HARTMANN & TRUCKE, PA,** 3555 Plymouth Boulevard, Suite 117, Minneapolis, MN 55447, for defendants.

The Court having been advised that the above action has settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: August 3, 2011
at Minneapolis, Minnesota.

                                                          s/ John R. Tunheim
                                                     JOHN R. TUNHEIM
                                           United States District Judge